IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**ANNETTE BARNES**                                                                                   **PLAINTIFF**

v.                              CASE NO: 4:17-CV-00529 BSM

**ARKANSAS DEPARTMENT OF**
**COMMUNITY CORECTION, et al.**                                                      **DEFENDANTS**

## ORDER

Pursuant to plaintiff Annette Barnes's motion to dismiss [Doc. No. 7], this case is dismissed with prejudice. *See* Fed. R. Civ. P. 41(a)(2). The clerk is directed to terminate all pending motions.

IT IS SO ORDERED this 9th day of November 2017.

_____
UNITED STATES DISTRICT JUDGE