IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**ANNETTE BARNES**                                              **PLAINTIFF**

**v.**                        **CASE NO: 4:17-CV-00529 BSM**

**ARKANSAS DEPARTMENT OF**
**COMMUNITY CORECTION, et al.**                                **DEFENDANTS**

## JUDGMENT

Consistent with the order entered on this day, this case is dismissed with prejudice.

IT IS SO ORDERED this 9th day of November 2017.

_____
UNITED STATES DISTRICT JUDGE